UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-097-JHC |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE |
| DAVID WAYNE SAGEBARK, JR., | |
| Defendant. | |

THIS COURT has reviewed David Wayne Sagebark, Jr.'s unopposed motion to extend his self-surrender date to the BOP, Dkt. # 56, along with the records in this case. The Court GRANTS the motion.

IT IS ORDERED that the date by which Mr. Sagebark is to report to the Bureau of Prisons is extended to May 19, 2025.

DATED this 11th day of February 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND SELF-SURRENDER DATE
(*United States v. Sagebark*, No. CR23-097-JHC) - 1