UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE SAGEBARK, JR.,<br><br>Defendant. | NO. CR23-097-JHC<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property, Dkt. # 58:

- One Springfield Armory 9mm semiautomatic pistol, bearing serial number BA599199, along with associated ammunition and two magazines, seized from Defendant's person on May 10, 2023.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

- On December 2, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and

18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting to the United States the Defendant's interest in it. Dkt. No. 44.;

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 49), and sent direct notice, by means reasonably calculated to reach them, to two identified potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-B);

- The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them. Notices sent to both potential claimants were returned to sender. *Id.*, ¶ 2-3, Exhibits A-B. The United States has no other current contact information for the potential claimants. *Id.*, ¶¶ 2-3; and

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

1   IT IS SO ORDERED.

3   DATED this 23rd day of April, 2025.

*[signature: John H. Chun]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE